DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAXTON P. BROMLEY,**
Appellant,

v.

**PBG PROPERTY SERVICES LLC,**
Appellee.

No. 4D21-138

[February 11, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case Nos. 062019CC001629AXXXCE and 062019AP003847AXCCCE.

Paxton P. Bromley, Marathon, pro se.

Richard B. Carey of Carey Law Group, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***